Jeremiah Hudson, ISB No. 8364
Marta Horton, ISB No. 11192
FISHER & HUDSON, PLLC
950 W. Bannock St., Ste. 630
Boise, Idaho 83702
(208) 345-7000
jeremiah@fisherhudson.com
marta@fisherhudson.com
service@fisherhudson.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEFFIE PAVEY, SHAWNA MACDONALD, and CHEYENNE COLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST BONNER COUNTY SCHOOL DISTRICT 83,<br><br>Defendant. | Civil Case No.: 1:23-CV-00349-DCN<br><br>**PLAINTIFF CHEYENNE COLEMAN'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Cheyenne Coleman, through undersigned counsel, hereby accepts and provides notice that it has accepted Defendant's Offer of Judgment to Plaintiff Cheyenne Coleman dated May 21, 2024, attached hereto as Exhibit A.

DATED this 28th day of May, 2024.

        FISHER & HUDSON, PLLC

        */s/ Jeremiah Hudson*_____
        Jeremiah Hudson
        *Attorney for Plaintiffs*

PLAINTIFF CHEYENNE COLEMAN'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT —1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2024, I caused to be served a true copy of the foregoing CAPTION by the method indicated below, and addressed to those parties marked served below:

| | |
|---|---|
| Anne Sullivan Magnelli, ISB No. 9452<br>ANDERSON, JULIAN & HULL LLP<br>C. W. Moore Plaza<br>250 South Fifth Street, Suite 700<br>Post Office Box 7426<br>Boise, Idaho 83707-7426<br>Telephone:  (208) 344-5800<br>Facsimile:  (208) 344-5510<br>E-Mail: *amagnelli@ajhlaw.com*<br>        *service@ajhlaw.com*<br><br>*Attorneys for Defendant.* | ☐ U.S. Mail, Postage Paid<br>☐ Hand Delivered<br>☐ Fax Transmittal<br>☒ ECF |

>                                    */s/ Jeremiah Hudson*
>                                    Jeremiah Hudson
>                                    Attorney for Plaintiffs

# EXHIBIT A

Anne Sullivan Magnelli, ISB No. 9452
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:     (208) 344-5510
E-Mail*: amagnelli@ajhlaw.com*
           *service@ajhlaw.com*

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| STEFFIE PAVEY, SHAWNA MACDONALD, AND CHEYENNE COLEMAN, | Case No. 1:23-cv-00349-DCN |
|---|---|
| Plaintiffs, | **OFFER OF JUDGMENT** |
| vs. | |
| WEST BONNER COUNTY SCHOOL DISTRICT 83, | |
| Defendant. | |

TO:     PLAINTIFF CHEYENNE COLEMAN AND HER ATTORNEYS OF RECORD:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, by and through its attorneys of record, Anderson, Julian & Hull LLP, hereby offers to allow judgment to be taken against it in the amount of **FORTY THOUSAND DOLLARS** ($40,000.00). The amount set forth herein includes any attorney fees allowable by contract or law and costs incurred to date. This Offer of Judgment is made for the purpose specified in Rule 68, and is not to be construed as an admission that said Defendant is liable in this action or that Plaintiff Cheyenne Coleman has suffered any damage.

**OFFER OF JUDGMENT - 1**

DATED this 21st day of May, 2024.

                              ANDERSON, JULIAN & HULL LLP

                              By:  /s/ Anne Sullivan Magnelli
                                  Anne Sullivan Magnelli, Of the Firm
                                  Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2024, I served a true and correct copy of the foregoing **OFFER OF JUDGMENT** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Jeremiah Hudson | [ ] | U.S. Mail, postage prepaid |
| Marta Horton | [ ] | Hand-Delivered |
| FISHER & HUDSON, PLLC | [ ] | Overnight Mail |
| 950 W. Bannock St., Ste. 630 | [ ] | Facsimile |
| Boise, ID  83702 | [X] | Email |
| T:     208-345-7000 | [ ] | CM/ECF System |
| E:     jeremiah@fisherhudson.com | | |
|       marta@fisherhudson.com | | |
|       service@fisherhudson.com | | |
| *Attorneys for Plaintiffs* | | |

                                       /s/ Anne Sullivan Magnelli
                                       Anne Sullivan Magnelli

**OFFER OF JUDGMENT - 2**