IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEFFIE PAVEY, SHAWNA MACDONALD, AND CHEYENNE COLEMAN,<br><br>             Plaintiffs,<br><br>v.<br><br>WEST BONNER COUNTY SCHOOL DISTRICT 83,<br><br>             Defendant. | Case No.  1:23-cv-00349-DCN<br><br>**JUDGMENT** |

JUDGMENT IS ENTERED AS FOLLOWS:

In favor of Plaintiff Cheyenne Coleman against Defendant in the amount of FORTY THOUSAND DOLLARS ($40,000.00).

DATED: July 2, 2024

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1