IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEFFIE PAVEY, SHAWNA MACDONALD, AND CHEYENNE COLEMAN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WEST BONNER COUNTY SCHOOL DISTRICT 83,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00349-DCN<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

This action is **DISMISSED with prejudice** as to Plaintiff Shawna MacDonald, the same having been fully compromised and settled, with each party to bear their own attorneys' fees and costs.

DATED: July 2, 2024

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1